# Court of Appeals
# of the State of Georgia

ATLANTA,  May 12, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0484. SUZANNE GILLEN et al v. JOSEPH KEELER et al.**

This application arises from a child custody action initiated by Bonnie Jean and William Keeler, the paternal grandparents of the minor children P.S.K. and B.L.K., against the children's biological parents. Suzanne and Paul Gillen, the children's paternal aunt and her husband, moved to intervene in the case. The trial court denied the motion to intervene on November 26, 2025, and the Gillens filed a timely direct appeal from that order, which was docketed as Case No. A26A1515. On March 23, 2026, the trial court entered a final judgment in the case, and the Gillens filed a timely direct appeal from that order, which was docketed as Case No. A26A1692. On April 27, 2026, the Gillens filed this application for discretionary review of the trial court's order denying their motion to intervene.

The sole issue raised by this application (whether the trial court erred in denying the motion to intervene), is currently pending before this Court in both Case No. A26A1515 and Case No. A26A1692. Thus, the application is duplicative of the pending appeals and is subject to dismissal for that reason. More importantly, because the application is untimely, we lack jurisdiction to consider it. A discretionary application must be filed within 30 days of the entry of the order, decision, or judgment sought to be appealed. OCGA § 5-6-35(d). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35(d). See *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d 416) (2016) (holding that an appellate court lacks jurisdiction over an untimely application for discretionary appeal); *Crosson v. Conway*, 291 Ga. 220, 220(1) (728

SE2d 617) (2012) ("A failure to meet the statutory deadline for filing a discretionary application . . . is a jurisdictional defect."). Consequently, because the Gillens' application was filed five months after entry of the order they seek to appeal, we are without jurisdiction.

For each of the foregoing reasons this discretionary application is DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  05/12/2026*

> *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

> *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*